**Patricia LECLUSE, Plaintiff–Appellant,**

v.

**DEPARTMENT OF SOCIAL SERVICES AND HUMAN RESOURCES ADMINISTRATION,** Defendant–Appellee.

**No. 01–7156.**

United States Court of Appeals, Second Circuit.

Oct. 5, 2001.

Patricia LeCluse, Little Neck, NY, on submission, pro se.

Alan Beckoff, Assistant Corporation Counsel, New York, NY, on submission; Michael D. Hess, Corporation Counsel of the City of New York, on the brief, for appellee.

Present MESKILL, JACOBS and CABRANES, Circuit Judges.

*SUMMARY ORDER*

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the district court be AFFIRMED.

Patricia LeCluse, *pro se,* appeals the district court's dismissal of her complaint against the Department of Social Services/Human Resources Administration of the City of New York ("DSS") (Block, J.). We affirm for substantially the reasons stated in Judge Block's Memorandum and Order. *See Patricia LeCluse v. Department of Soc. Servs.,* 99–CV–7862 (E.D.N.Y. Jan. 17, 2001).